IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WESTLAND MEAT COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) | No. 09-198C <br><br> Judge Allegra |

<u>Motion for Leave to Substitute Attorney of Record</u>

Pursuant to Rule 83.1(c)(4) of the United States Court of Federal Claims, the undersigned seeks leave of Court to serve as attorney of record for Plaintiff Westland Meat Company, Inc., in the above-captioned case. James J. Gallagher, who is the current attorney of record, consents to the substitution. Attached is an Affidavit of Appointment.

                                                Respectfully submitted,

                                                <u>s/Mark R. Troy</u> <br>
                                                Mark R. Troy <br>
                                                Crowell & Moring LLP <br>
                                                515 South Flower Street, 40th Floor <br>
                                                Los Angeles, CA 90071-2258 <br>
                                                (213) 443-5576 Phone <br>
                                                (213) 622-2690 Facsimile

                                                Attorney for Westland Meat Company, Inc.

January 29, 2010