# In The United States Court of Federal Claims

No.  09-198C

(Filed:  April 27, 2009)

_____

WESTLAND MEAT COMPANY, INC.,

        Plaintiff,

    v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On March 24, 2010, defendant filed a motion to file a supplemental counterclaim pursuant to RCFC 15(d).  Plaintiff's time to respond to defendant's motion has passed. Accordingly, the court deems the motion unopposed.  Defendant's motion is hereby **GRANTED**, and the Clerk is directed to file defendant's supplemental counterclaim.

      **IT IS SO ORDERED.**

                              s/ Francis M. Allegra              
                              Francis M. Allegra
                              Judge