# In The United States Court of Federal Claims

No. 09-198C

(Filed: July 21, 2010)

_____

WESTLAND MEAT COMPANY, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Monday, August 2, 2010, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

 

s/ Francis M. Allegra
Francis M. Allegra
Judge