# In The United States Court of Federal Claims

No. 09-198C

(Filed: August 3, 2010)
_____

WESTLAND MEAT COMPANY, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On August 2, 2010, a telephonic status conference was held in this case. Participating at the conference were Mark Troy, for plaintiff, and Michael O'Connell, for defendant. During the discussions both parties requested that the court stay further proceedings in this case pending the final resolution of *United States of America ex rel. The Humane Society of the United States v. Westland/Hallmark Meat Company*, No. EDCV 08-0221 VAP (Opx) (C.D. Cal.). On August 3, 2010, plaintiff filed a motion to stay. Accordingly:

1. Proceedings in this case are hereby **STAYED** pending final resolution of *United States of America ex rel. The Humane Society of the United States v. Westland/Hallmark Meat Company*, No. EDCV 08-0221 VAP (Opx) (C.D. Cal.);

2. The parties periodically shall file joint status reports regarding the progress of the district court action. The first such report shall be filed on February 2, 2011, with subsequent reports filed every six months thereafter; and

1. The parties shall file a joint status report within 14 days of the issuance of a final decision in *United States of America ex rel. The Humane Society of the United States v. Westland/Hallmark Meat Company*, No. EDCV 08-0221 VAP (Opx) (C.D. Cal.), indicating how they will proceed in this case.

**IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge