# In The United States Court of Federal Claims

No. 09-198C

(Filed: August 30, 2011)

_____

WESTLAND MEAT COMPANY, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Wednesday, September 7, 2011, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

                          s/ Francis M. Allegra
                          Francis M. Allegra
                          Judge